IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Skydive Arizona, Inc., | No. CV-05-2656-PHX-MHM |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| Cary Quattrocchi, *et al.*, | |
| Defendants. | |

In its February 2, 2009 Order, (Dkt. #262), this Court found in favor of Plaintiff and against Defendants on Plaintiff's Lanham Act § 43(a) claim (false advertising).

On October 2, 2009, the jury reached a verdict with respect to the remaining issues in this case. (Dkt. #374). The jury found for Plaintiff and against Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, and CASC, Inc. on Plaintiff's Lanham Act § 32 claim (trademark infringement), awarding $2,500,000 in actual damages and $2,500,004 in Defendants' profits. The jury also decided that Cary Quattrocchi induced and aided and abetted IGOVincent, Inc., USSO, LLC, and CASC, Inc.'s violation of § 32 of the Lanham Act, that Ben Butler induced and aided and abetted USSO, LLC and CASC, Inc.'s violation of § 32 of the Lanham Act, and that Atlanta SC, Inc. aided and abetted USSO, LLC and CASC, Inc.'s violation of § 32 of the Lanham Act. The jury further found that Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, CASC, Inc., and Atlanta SC, Inc. acted wilfully in violating § 32 of the Lanham Act. On Plaintiff's

1  Lanham Act § 43(d) claim (cybersquatting), the jury found for Plaintiff and against
2  Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, and CASC, Inc,
3  awarding statutory damages in the amount of $100,000 each for six violative domain names.
4  As to each $100,000 damage award, the jury apportioned responsibility for the damages as
5  $80,000 to Cary Quattrocchi and $20,000 to Ben Butler. On Plaintiff's Lanham Act § 43(a)
6  claim, the jury awarded Plaintiff $1,000,000 in actual damages. The jury also found
7  Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, and CASC, Inc.
8  acted wilfully in violating § 32 of the Lanham Act.

9  Finally, in its March 31, 2010, Order, this Court (1) doubled the jury's awards of
10 actual damages for Defendants Lanham Act §§ 32 and 43(a) violations, increasing these
11 awards to $5,000,000 and $2,000,000 respectively; (2) awarded Plaintiff $2,500,004 in
12 Defendants' profits based on Defendants' violation of Lanham Act § 43(a); and (3) awarded
13 Plaintiff reasonable costs and attorney's fees, the amount of which will be determined at a
14 later date. (Dkt. #423).

In accordance with the foregoing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. that Plaintiff Skydive Arizona, Inc. recover of Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, CASC, Inc., and Atlanta SC, Inc. jointly and severally, the sum of two million five hundred thousand and four dollars ($2,500,004), as profits on Plaintiff's Lanham Act § 32 claim, and also on Plaintiff's Lanham Act § 43(a) claim, with post-judgment interest thereon at the rate as provided by 28 U.S.C. § 1961(a) from the date this Judgment is entered until paid in full;

2. that Plaintiff Skydive Arizona, Inc. further recover of Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, CASC, Inc., and Atlanta SC, Inc. jointly and severally, the sum of five million dollars ($5,000,000) as damages on Plaintiff's Lanham Act § 32 claim, with post-judgment interest thereon at the rate as provided by 28 U.S.C. § 1961(a) from the date this Judgment is entered until paid in full;

3. that Plaintiff Skydive Arizona, Inc. further recover of Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, CASC, Inc., and Atlanta SC, Inc., jointly and severally, the sum of two million dollars ($2,000,000), as damages on Plaintiff's Lanham Act §43(a) claim (false advertising), with post-judgment interest thereon at the rate as provided by 28 U.S.C. §1961(a) from the date this Judgment is entered until paid in full;

4. that Plaintiff Skydive Arizona, Inc. further recover of Defendant Cary Quattrocchi the further sum of four hundred and eighty thousand dollars ($480,000), as damages on Plaintiff's Lanham Act §43(d) claim, with post-judgment interest thereon at the rate as provided by 28 U.S.C. §1961(a) from the date this Judgment is entered until paid in full;

5. that Plaintiff Skydive Arizona, Inc. further recover of Defendant Ben Butler the further sum of one hundred and twenty dollars ($120,000), as damages on Plaintiff's Lanham Act §43(d) claim, with post-judgment interest thereon at the rate as provided by 28 U.S.C. §1961(a) from the date this Judgment is entered until paid in full;

6. and that Plaintiff Skydive Arizona, Inc. recover of Defendants Cary Quattrocchi, Ben Butler, IGOVincent, Inc., USSO, LLC, CASC, Inc., and Atlanta SC, Inc., jointly and severally, its reasonable attorneys fees and costs in a sum to be determined by the Court, with post-judgment interest thereon at the rate as provided by 28 U.S.C. §1961(a) from the date this Judgment is entered until paid in full.

DATED this 14th day of April, 2010.

_____
Mary H. Murguia
United States District Judge