**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Skydive Arizona, Inc., | Case No. CV05-2656-PHX-DGC |
| *Plaintiff*, | |
| *vs*. | **ORDER** |
| Cary Quattrocchi, *et al.*, | |
| *Defendants*. | |

The district court judgment in this case is on appeal. Plaintiff's motion to issue writ to recover property, pierce the corporate veil of certain entities, and appoint receiver (Doc. 526) has been pending for some time. The Court has recently certified the judgment for registration in eight states (Doc. 539), which would appear to moot Plaintiff's motion. If Plaintiff is unsuccessful in collecting on the judgment pursuant to the registration order, Plaintiff may move for relief anew.

**IT IS ORDERED denying without prejudice** Plaintiff's motion at Doc. 526.

Dated this 11th day of May, 2011.

_____
David G. Campbell
United States District Judge